1   ERIC GRANT
    United States Attorney
2   ROBERT C. ABENDROTH
    NICOLE M. VANEK
3   Assistant United States Attorney
    501 I Street, Suite 10-100
4   Sacramento, CA 95814
    Telephone:  (916) 554-2700
5   Facsimile:   (916) 554-2900

6

7   Attorneys for Plaintiff
    United States of America

**FILED**

**Dec 11, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  IN THE MATTER OF THE SEARCH OF:          [PROPOSED] ORDER FOR UNSEALING OF
                                             SEARCH WARRANTS AND SEARCH
12                                           WARRANT AFFIDAVITS

13

14  2019 HAMMONTON-SMARTSVILLE
    ROAD, SPACE 51, MARYSVILLE, CA           2:25-SW-0881-SCR
15
    554 WASHINGTON AVENUE, YUBA
16  CITY, CA                                 2:25-SW-0882-SCR

17  1735 OLEANDER DRIVE, YUBA CITY,
    CA                                       2:25-SW-0883-SCR
18
    345 OREGON STREET, GRIDLEY, CA           2:25-SW-0884-SCR
19

20

21
        Upon application of the United States of America and good cause having been shown,
22
        IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.
23

24   Dated:  December 11, 2025

25                                           HONORABLE CHI SOO KIM
                                             UNITED STATES MAGISTRATE JUDGE
26

27

28

    [PROPOSED] ORDER FOR UNSEALING OF SEARCH
    WARRANTS